UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
BEVERLY ANN TWEEDY,          :   NO. 1:13-cv-00038
                             :
        Plaintiff,            :
                             :
     v.                       :   ORDER
                             :
GE CAPITAL RETAIL FINANCE,   :
                             :
        Defendant.            :
```

This matter is before the Court on Magistrate Judge Karen L. Litkovitz's Report and Recommendation docketed on January 7, 2014 (doc. 13).[1] Proper notice was provided to the parties under 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), including the advice that they would waive further appeal if they failed to file an objection to said Report and Recommendation in a timely manner. See Thomas v. Arn, 474 U.S. 140, 155 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981). That statutorily prescribed period has lapsed and we note that, to date, no objections have been filed.

---

[1] Before the Magistrate Judge was Defendant's Motion to Dismiss and Compel Arbitration (doc. 7), Defendant's Memorandum of Law in Support (separately docketed as doc. 8), Plaintiff's response in opposition (doc. 11) and Defendant's reply in support (doc. 12).

Having reviewed this matter pursuant to 28 U.S.C. § 636(b)(1), we conclude that the Magistrate Judge's Report and Recommendation is thorough, well-reasoned and correct. Accordingly, the Court ACCEPTS, ADOPTS and AFFIRMS it in all respects and GRANTS Defendant's Motion to Dismiss and Compel Arbitration (doc. 7). Plaintiff is hereby COMPELLED to arbitrate her claims against Defendant pursuant to the terms of the alternative dispute resolution procedure to which she agreed and, to that end, her Complaint under 42 U.S.C. § 2000e-5(f)(1) (doc. 3) is DISMISSED WITHOUT PREJUDICE TO REINSTATEMENT should further proceedings be needed after arbitration. Finally, the Clerk is directed to CLOSE this case on the docket.

SO ORDERED.

Dated:  February 21, 2014    s/S. Arthur Spiegel_____
                             S. Arthur Spiegel
                             United States Senior District Judge